

**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR '12 1 1 1 3 PHX ROS MB |
|---|---|
| Plaintiff, | |
| v. | **INDICTMENT** |
| Jon Nikolai Carlson, | VIO: 26 U.S.C. § 7206(1) <br> (Filing False Income <br> Tax Returns) <br> Counts 1-4 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 10, 2008, in the District of Arizona, defendant JON NIKOLAI CARLSON, a resident of Scottsdale, Arizona, did willfully make and subscribe an Internal Revenue Service Form 1040, Individual Income Tax Return for 2005, which was verified by a written declaration that it was made under the penalties of perjury and which defendant JON NIKOLAI CARLSON did not believe to be true and correct as to every material matter. That Internal Revenue Service Form 1040, Individual Income Tax Return for 2005, which was filed with the Director, Internal Revenue Service Center, at Fresno, California, stated that he was entitled to an income tax refund of $65,744 as a result of federal income tax withholdings paid over to the Internal Revenue Service, whereas, as he then and there knew he was not entitled to an income tax refund of $65,744 due to the fact that no federal income tax withholdings had been paid over to the Internal Revenue Service.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 2

On or about December 10, 2008, in the District of Arizona, defendant JON NIKOLAI CARLSON, a resident of Scottsdale, Arizona, did willfully make and subscribe an Internal Revenue Service Form 1040, Individual Income Tax Return for 2007, which was verified by a written declaration that it was made under the penalties of perjury and which defendant JON NIKOLAI CARLSON did not believe to be true and correct as to every material matter. That Internal Revenue Service Form 1040, Individual Income Tax Return for 2007, which was filed with the Director, Internal Revenue Service Center, at Fresno, California, stated that he was entitled to an income tax refund of $355,418 as a result of federal income tax withholdings paid over to the Internal Revenue Service, whereas, as he then and there knew he was not entitled to an income tax refund of $355,418 due to the fact that no federal income tax withholdings had been paid over to the Internal Revenue Service.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 3

On or about February 16, 2009, in the District of Arizona, defendant JON NIKOLAI CARLSON, a resident of Scottsdale, Arizona, did willfully make and subscribe an Internal Revenue Service Form 1040, Individual Income Tax Return for 2006, which was verified by a written declaration that it was made under the penalties of perjury and which defendant JON NIKOLAI CARLSON did not believe to be true and correct as to every material matter. That Internal Revenue Service Form 1040, Individual Income Tax Return for 2006, which was filed with the Director, Internal Revenue Service Center, at Fresno, California, stated that he was entitled to an income tax refund of $67,216 as a result of federal income tax withholdings paid over to the Internal Revenue Service, whereas, as he then and there knew he was not entitled to an income tax refund of $67,216 due to the fact that no federal income tax withholdings had been paid over to the Internal Revenue Service.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 4

On or about April 15, 2009, in the District of Arizona, defendant JON NIKOLAI CARLSON, a resident of Scottsdale, Arizona, did willfully make and subscribe an Internal Revenue Service Form 1040, Individual Income Tax Return for 2008, which was verified by a written declaration that it was made under the penalties of perjury and which defendant JON NIKOLAI CARLSON did not believe to be true and correct as to every material matter. That Internal Revenue Service Form 1040, Individual Income Tax Return for 2008, which was filed with the Director, Internal Revenue Service Center, at Fresno, California, stated that he was entitled to an income tax refund of $103,565 as a result of federal income tax withholdings paid over to the Internal Revenue Service, whereas, as he then and there knew he was not entitled to an income tax refund of $103,565 due to the fact that no federal income tax withholdings had been paid over to the Internal Revenue Service.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: May 29, 2012

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/S/
FREDERICK A. BATTISTA
Assistant U.S. Attorney